In the Matter of NEW YORK STATE GUERNSEY BREEDERS CO-OPERATIVE, INC., Appellant, against HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

ROCHESTER CO-OPERATIVE MILK PRODUCERS BARGAINING AGENCY, INC., et al., Respondents.

Argued January 6, 1941; decided January 23, 1941.

*Irving G. Hubbs, Merritt A. Switzer* and *Henry S. Manley* for appellant.

*Robert I. Millonzi* and *Milo R. Kniffen* for Department of Agriculture and Markets of the State of New York, respondent.

*Hampton H. Halsey* for Rochester Co-operative Milk Producers Bargaining Agency et al., respondents.

*Per Curiam.* The same problem presented upon the appeal in *Matter of Guernsey Breeders Cooperative, Inc.,* v. *Noyes* (284 N. Y. 197) is presented upon this appeal and the order should be modified in accordance with the opinion of the court in that case and as so modified affirmed, with costs to the appellant.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Ordered accordingly.